# UNITED STATES BANKRUPTCY COURT

EASTERN _____ **DISTRICT OF** LOUISIANA _____

In re:   GEORGE H. MASSEY, JR.          §     Case No.  06-11338
        SHARRON BEACH MASSEY      §                   SECTION A
                                  §
                                  §
           Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under chapter 11  of the United States Bankruptcy Code was filed on
11/29/2006 _____ .  The case was converted to one under Chapter 7 on 08/29/2008 _____ .
The undersigned trustee was appointed on 08/29/2008 _____ .

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   ☐ Assets are reserved.
   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor
as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.
C. § 554. An individual estate property record and report showing the disposition of all property of the
estate is attached as **Exhibit A.**

   4.  The trustee realized gross receipts of                    $493,050.08

      Funds were disbursed in the following amounts:

      Payments made under an interim distribution _____
      Administrative expenses                          $440,215.72
      Other payments to creditors                          $501.40
      Non-estate funds paid to 3rd Parties           _____
      Exemptions paid to the debtor                      $5,000.00
      Other payments to the debtor                       $3,597.01

      Leaving a balance on hand of [1]                  $43,735.95

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior
to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional
compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement
of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/20/2010 _____ and the deadline for filing governmental claims was 10/20/2010 _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is _____ $27,170.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received _____ $2,440.00 as interim compensation and now requests the sum of _____ $24,730.40 , for a total compensation of _____ $27,170.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of _____ $0.00 , and now requests reimbursement for expenses of _____ $0.00 , for total expenses of _____ $0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _____   By: R. Patrick Sharp, III _____
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010)

Form 1

# George H., Jr. & Sharron B. Massey

### Case #06-11338
#### Summary of Scheduled Assets and related Disposals

| Filed | Item | Scheduled Value | Disposition | Sales/Funds received by Estate | Assets Fully Administered |
|---|---|---|---|---|---|
| 12/15/2006 | 2507 Prytania Street New Orleans, Louisiana | $ 3,100,000.00 | Foreclosed upon | | FA |
| | **Total Assets per Schedule A** | **$ 3,100,000.00** | | | |
| 12/15/2006 | Cash on Hand | $ 500.00 | consumed by Debtor | | FA |
| 12/15/2006 | Chase Bank | $ 2,000.00 | consumed by Debtor | | FA |
| 12/15/2006 | Chase Bank | $ 2,000.00 | consumed by Debtor | | FA |
| 12/15/2006 | Furniture, Stereo, Rugs, Antiques | Amended | | | FA |
| 12/15/2006 | Men's and Women's Furs, | Amended | retained by Debtor | | FA |
| 12/15/2006 | Men's and Women's Wedding Rings | Amended | Recovered and Sold | | FA |
| 3/9/2007 | Furniture | $ 12,150.00 | Recovered and Sold | | FA |
| 3/9/2007 | Furniture | $ 47,550.00 | Recovered and Sold | | FA |
| 3/9/2007 | Furniture | $ 15,500.00 | Recovered and Sold | $ 461,815.08 | FA |
| 3/9/2007 | Jewelry | $ 19,500.00 | Recovered and Sold | | FA |
| 2/13/2009 | Artwork | $ 25,000.00 | Recovered and Sold | | FA |
| 2/13/2009 | Artwork | $ 20,000.00 | Recovered and Sold | | FA |
| 3/9/2007 | Men's and Women's Furs, | $ 6,750.00 | retained by Debtor | | FA |
| 3/9/2007 | Estimated 2005 Income Tax Refunds | $ - | none materialized | | FA |
| 3/9/2007 | Estimated 2006 Income Tax Refunds | $ - | none materialized | | FA |
| 3/9/2007 | Trademark - Puffer the Dragon | Unknown | No discernable Value | | FA |
| 12/15/2006 | Clothing | $ 400.00 | Deemed Exempt | | FA |
| 12/15/2006 | Guns | $ 500.00 | Deemed Exempt | | FA |
| 12/15/2006 | Life Insurance Policy | $ 608.50 | expired | | FA |
| 12/15/2006 | ING Retirement Account | $ 1,917.84 | consumed by Debtor | | FA |
| 12/15/2006 | ING Retirement Account | $ 959.49 | consumed by Debtor | | FA |
| 12/15/2006 | Sharper Systems, Inc. | $ 10,000.00 | Charter Revoked | | FA |
| 12/15/2006 | Health Meds of Puerto Rico, Inc. | $ 10,000.00 | Charter Revoked | | FA |
| 12/15/2006 | Medications Plus, Inc. | $ - | Charter Revoked | | FA |
| 12/15/2006 | Ameri Link Ventures, Inc. | $ - | Charter Revoked | | FA |
| 12/15/2006 | Med Link America, Inc. | $ 250,000.00 | filed Chapter 7 | | FA |
| 12/15/2006 | 2000 Mercedes Benz S500V | $ 30,865.00 | Foreclosed upon | | FA |
| 12/15/2006 | 2004 Mercedes Benz SL500 | $ 69,300.00 | Foreclosed upon | | FA |
| 12/15/2006 | 2002 Lincoln Town Car | $ 16,350.00 | Foreclosed upon | | FA |
| 12/15/2006 | Condominium Timeshare; Royal Holiday Club | Unknown | Foreclosed upon | | FA |
| 2/13/2009 | Cats | Unknown | retained by Debtor | | FA |
| Unscheduled | Recoveries from Med Link America, Inc. | $ 22,750.00 | | $ 22,750.00 | FA |
| Unscheduled | Recovery of Storage Facility Rent | $ 1,745.00 | | $ 1,745.00 | FA |
| Unscheduled | Costs recovered from Mercedes Benz Financial Funds | $ 6,740.00 | | $ 6,740.00 | FA |
| | **Total Assets per Amended Schedule A** | **$ 573,085.83** | | | |
| | **Total Recovery from disposition of Assets** | | | **$ 493,050.08** | |

Form 2

# GEORGE H., JR. & SHARRON B. MASSEY
## Case #06-11338
## Summary of Cash Recoveries

| Date | Source | UTC | Gross Recoveries |
|------|--------|-----|------------------|
| **Cash Recoveries from Sales of Assets** | | | |
| 05/13/2009 | Jack Sutton | 1129-000 | $8,000.00 |
| 05/29/2009 | Raymond Beach | 8100-002 | $5,000.00 |
| 06/30/2009 | Raymond Beach | 1129-000 | $5,000.00 |
| 07/10/2009 | CIRCA | 1141-000 | $22,500.00 |
| 07/14/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $67,645.00 |
| 08/05/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $40,200.00 |
| 08/17/2009 | Morris & Dickson Co, LLC | 1141-000 | $15,000.00 |
| 08/18/2009 | Dunn & Sonnier Antiques | 1141-000 | $3,500.00 |
| 08/31/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $14,030.00 |
| 09/17/2009 | Dunn & Sonnier Antiques Paid in Full | 1141-000 | $3,500.00 |
| 10/07/2009 | Les Wisigner | 1141-000 | $33,500.00 |
| 10/07/2009 | Antiques & Wholesale | 1141-000 | $2,500.00 |
| 10/07/2009 | Colony Insurance for Antiques & Wholesale | 1141-000 | $22,500.00 |
| 10/13/2009 | Mack Laney | 1141-000 | $50,000.00 |
| 11/09/2009 | Skip Massey | 1141-000 | $1,050.00 |
| 11/12/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $33,898.33 |
| 11/30/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $48,731.67 |
| 12/07/2009 | Steve Delgallo | 1141-000 | $4,167.50 |
| 12/11/2009 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $38,150.00 |
| 01/19/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $15,046.67 |
| 01/25/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $500.00 |
| 02/01/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $7,433.33 |
| 02/18/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $2,900.00 |
| 02/18/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $475.00 |
| 03/22/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $3,618.70 |
| 03/26/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $625.00 |
| 04/16/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $1,600.00 |
| 07/14/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $794.44 |
| 08/09/2010 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $4,469.44 |
| 11/05/2010 | Debra Shriver | 1141-000 | $5,000.00 |
| 02/08/2011 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $80.00 |
| 02/14/2011 | New Orleans Auction Galleries - Gross sale proceeds | 1129-000 | $400.00 |
| **Total Cash Recoveries from Sales of Assets** | | | $    461,815.08 |

Form 2

# GEORGE H., JR. & SHARRON B. MASSEY
## Case #06-11338
## Summary of Cash Recoveries

**Unclassified Receipts from Med Link America, Inc.**

| Date | Description | Account | | Amount | | Total |
|---|---|---|---|---|---|---|
| 04/03/2008 | Med Link America, Inc. | 1149-000 | $ | 2,000.00 | | |
| 04/09/2008 | Med Link America, Inc. | 1149-000 | $ | 8,000.00 | | |
| 04/29/2008 | Med Link America, Inc. | 1149-000 | $ | 10,000.00 | | |
| 06/09/2008 | Med Link America, Inc. (NSF Check) | 1149-000 | $ | 7,250.00 | | |
| 06/09/2008 | Med Link America, Inc. (NSF Check) | 1149-000 | $ | (7,250.00) | | |
| 06/09/2008 | Med Link America, Inc. | 1149-000 | $ | 2,750.00 | | |
| **Total Unclassified Receipts from Med Link America, Inc.** | | | | | $ | 22,750.00 |

**Expenses Recovered**

| Date | Description | Account | | Amount | | Total |
|---|---|---|---|---|---|---|
| 10/20/2008 | Reimbursement for storage fee from Eric Person | 1180-002 | $ | 349.00 | | |
| 11/26/2008 | Reimbursement for storage fee from Eric Person | 1180-002 | $ | 349.00 | | |
| 12/16/2008 | Reimbursement for storage fee from Eric Person | 1180-002 | $ | 349.00 | | |
| 02/10/2009 | Mercedes Benz Financial Funds | 1180-002 | $ | 4,300.00 | | |
| 02/10/2009 | Mercedes Benz Financial Funds | 1180-002 | $ | 2,440.00 | | |
| 02/17/2009 | Reimbursement for storage fee from Eric Person | 1180-002 | $ | 698.00 | | |
| **Total Expenses Recovered** | | | | | $ | 8,485.00 |

**Total Cash Value Recovered**                                        $   493,050.08

Form 2

# GEORGE H., JR. & SHARRON B. MASSEY
### Case #06-11338
### Summary of Cash Expenditures

| Date | | Payee | Memo | UTC | Amount Paid | | Totals |
|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | |
| 11/12/2009 | 125 | Friend and Company | Workman's Lien on Watch recovered and sold | 4220-000 | | $ | 501.40 |
| **Administrative Expenses - General** | | | | | | | |
| 10/13/2008 | 107 | Stor All Ponchartrain | Storage Unit #34 - October 2008 | 2410-002 | $ 349.00 | | |
| 10/13/2008 | 108 | Michelle Pearson | Reimbursement - portable hard drive | 2690-000 | $ 130.49 | | |
| 10/27/2008 | 109 | Imagine Technologies | Computer Work on recovering files from Debtor's laptop | 2690-000 | $ 315.00 | | |
| 11/04/2008 | 110 | Stor All Ponchartrain | Storage Unit #34 - November 2008 | 2410-002 | $ 349.00 | | |
| 12/01/2008 | 111 | Stor All Ponchartrain | Storage Unit #34 - December 2008 | 2410-002 | $ 349.00 | | |
| 01/05/2009 | 112 | Stor All Ponchartrain | Storage Unit #34 - January 2009 | 2410-002 | $ 349.00 | | |
| 02/02/2009 | 113 | Stor All Ponchartrain | Storage Unit #34 - February 2009 | 2410-002 | $ 349.00 | | |
| 03/02/2009 | 119 | Stor All Ponchartrain | Storage Unit #34 - March 2009 | 2410-000 | $ 349.00 | | |
| 03/06/2009 | 120 | R. Patrick Sharp, III | Storage Unit #36 later turned over to Debtor | 2410-000 | $ 256.00 | | |
| 03/17/2009 | 121 | Savoie Fine Jewelry | Jewelry Appraisal | 3712-000 | $ 950.00 | | |
| 04/01/2009 | 122 | Stor All Ponchartrain | Storage Unit #34 - April 2009 | 2410-000 | $ 349.00 | | |
| 07/21/2010 | 128 | International Sureties | Chapter 7 Blanket Bond La & Miss | 2300-000 | $ 68.31 | | |
| 02/14/2011 | 129 | International Sureties | Bond 01/01/11 - 01/01/12 | 2300-000 | $ 130.26 | | |
| 01/23/2012 | 131 | International Sureties | Bond 01/01/12 - 01/01/13 | 2300-000 | $ 35.02 | | |
| **Total Administrative Expenses - General** | | | | | | $ | 4,328.08 |
| **Administrative Expenses - Reimbursed by Mercedes Benz Financial Funds** | | | | | | | |
| 02/19/2009 | 115 | Cheryl Stewart | Storage of automobile 5/15/08 - 10/2/08 | 2410-002 | $ 1,400.00 | | |
| 02/19/2009 | 116 | Gotcha Investigations | Fee for confirming location of automobile | 2990-002 | $ 150.00 | | |
| 02/19/2009 | 117 | Gordon, Arata, McCollam et al | Legal Fees directly related to recovery of automobile | 3110-002 | $ 2,750.00 | | |
| 02/19/2009 | 118 | R. Patrick Sharp, III | Trustee fee paid by Mercedes Benz Financial Funds | 2100-002 | $ 2,440.00 | | |
| **Total Administrative Expenses - Reimbursed by Mercedes Benz Financial Funds** | | | | | | $ | 6,740.00 |
| **Administrative Expenses - Costs Paid to Auctioneer** | | | | | | | |
| 07/14/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 8,839.50 | | |
| 08/05/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 4,445.00 | | |
| 08/31/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 1,403.00 | | |
| 11/12/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 3,964.83 | | |
| 11/30/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 5,788.17 | | |
| 12/11/2009 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 4,390.00 | | |
| 11/19/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 1,754.67 | | |
| 01/25/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 50.00 | | |
| 02/01/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 818.33 | | |
| 02/18/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 415.00 | | |
| 02/18/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 47.50 | | |
| 03/22/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 1,210.25 | | |
| 03/26/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 62.50 | | |
| 04/16/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 185.00 | | |
| 07/14/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 79.44 | | |
| 08/09/2010 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 746.94 | | |
| 02/08/2011 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 58.00 | | |
| 02/14/2011 | Withheld | New Orleans Auction Galleries - Fees & Costs | | 3620-000 | $ 65.00 | | |
| **Total Administrative Expenses - Costs Paid to Auctioneer** | | | | | | $ | 34,323.13 |
| **Bank Service Charges** | | | | | | | |
| 04/08/2008 | DM | First Bank & Trust | Check order | 2600-000 | $ 20.10 | | |
| 06/13/2008 | 104 | Sharp & Company, CPAs | Bank Charge | 2600-000 | $ 5.00 | | |
| **Total Bank Service Charges** | | | | | | $ | 25.10 |
| **Portion of Recoveries representing Exemptions - paid to Debtor** | | | | | | | |
| 06/29/2009 | 124 | George H., Jr. & Sharron B. Massey | Wedding Set Exemption | 8100-002 | | $ | 5,000.00 |
| **Living Expenses - Massey** | | | | | | | |
| 04/11/2008 | 101 | George H. Massey, Jr. | Various Living Expenses reimbursed when in Chapter 1 | 8200-002 | | $ | 722.01 |
| **Moving Expenses** | | | | | | | |
| 04/11/2008 | 102 | Med Link America, Inc. | Reimbursed Moving Expenses for Masseys | 8200-002 | | $ | 2,875.00 |

Form 2

# GEORGE H., JR. & SHARRON B. MASSEY
Case #06-11338
## Summary of Cash Expenditures

**Professional Fees**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/26/2008 | 106 | Gordon, Arata, McCollam, et al | Legal Fees | 3210-000 | $ 10,000.00 | |
| 02/06/2009 | 114 | Gordon, Arata, McCollam, et al | Legal Fees | 3210-000 | $ 1,858.75 | |
| 12/18/2009 | 126 | Gordon, Arata, McCollam, et al | Legal Fees | 3210-000 | $ 10,000.00 | |
| 12/18/2009 | 127 | Gordon, Arata, McCollam, et al | Legal Fees | 3210-000 | $ 248,216.75 | |
| 12/18/2009 | 127 | Gordon, Arata, McCollam, et al | Costs | 3220-000 | $ 3,119.34 | |
| 09/29/2011 | 130 | Gordon, Arata, McCollam, et al | Legal Fees | 3210-000 | $ 116,161.25 | |
| 09/29/2011 | 130 | Gordon, Arata, McCollam, et al | Costs | 3220-000 | $ 3,119.34 | |
| **Total Professional Fees** | | | | | | $ 392,475.43 |

**US Trustee Fees**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/23/2008 | 103 | US Trustee Payment Center | Balance forward & 1st Quarter 2008 | 2950-000 | $ 1,673.98 | |
| 07/29/2008 | 105 | US Trustee Payment Center | 2nd Quarter 2008 | 2950-000 | $ 650.00 | |
| **Total US Trustee Fees** | | | | | | $ 2,323.98 |

## TOTAL CASH EXPENDITURES                         $ 449,314.13

### Net Cash Recovered in excess of Cash Expenditures        $ 43,735.95

**George H., Jr. and Sharron B. Massey**
Summary of Scheduled Claims and Proofs of Claim submitted

EXHIBIT C

## NO CLAIM OBJECTIONS FILED - DISCHARGE IS WAIVED

**S** = Secured
**P** = Priority
U = General Unsecured

| | /-------- Proof of Claim --------/ | | | | | | |
|---|---|---|---|---|---|---|---|
| | Amount | # | Character | Comments | Secured | Priority | Unsecured |
| JPMorgan Chase Bank, NA | $ 316,110.28 | 1 | U | Guarantee of Business (Med-Link) debt | | | $ 316,110.28 |
| Discover Bank/Discover Financial Services | $ 7,765.71 | 2 | U | Credit Card purchases-Disputed | | | $ 7,765.71 |
| Phoenix Medical Supply, Inc. | $ 70,934.26 | 3 | S | Promissory Note - This is due to GHM being a co-borrower with Med Link America, Inc. - Security is at Med Link level - NOT Secured | | | $ 70,934.26 |
| Medline Industries, Inc. | $ 7,956.44 | 4 | U | Med Link America related | | | $ 7,956.44 |
| Roundup Funding, LLC (formerly Chase Bank USA, N.A.) | $ 25,421.12 | 5 | U | Credit Card purchases-Disputed | | | $ 25,421.12 |
| Louisiana Department of Revenue | $ 4,131.32 | 7 | U | $4,131.32 Penalties, subordinated | | | |
| Louisiana Department of Revenue | $ 14,938.94 | 7 | P | | | $ 14,938.94 | |
| Louisiana Department of Revenue | $ 5,375.68 | 8 | U | $5,375.68 Penalties, Subordinated | | | |
| Louisiana Department of Revenue | $ 20,048.08 | 8 | P | | | $ 20,048.08 | |
| Amerisourcebergen Drug Corp. | $ 101,967.36 | 9 | U | Med Link America related | | | $ 101,967.36 |
| Hildreth, Mark D. | $ 101,967.36 | 9 | U | Duplicated-See Amerisourcebergen #9 above | | | |
| Healthcare Consultants Pharmacy Staffing | $ 34,945.63 | 10 | U | Objection filed by P K Wallace; later withdrawn | | | $ 34,945.63 |
| Bank of America, N.A. | $ 26,629.06 | 14 | U | Credit Card Charges | | | $ 26,629.06 |
| Bank of America, N.A. | $ 2,018.57 | 15 | U | Credit Card Charges | | | $ 2,018.57 |
| Statewide Bank | $ 42,455.43 | 16 | S | Limo - value of security - Limo returned to creditor | | | |
| Internal Revenue Service | $ 13,254.99 | 17 | U | $12,783.09 Penalties, Subordinated | | | |
| Internal Revenue Service | $ 183,351.50 | 17 | P | As Amended | | $ 69,595.95 | |
| American Express Travel Related Services Co., Inc. | $ 16,214.53 | 18 | U | Credit Card Charges | | | $ 16,214.53 |
| Capital One, N.A. | $ 22,123.28 | 19 | U | Credit Card Charges | | | $ 22,123.28 |
| Entergy New Orleans, Inc. | $ 4,491.40 | 20 | U | Unpaid utility bills-Duplicate see #28 below | | | |
| American Express Travel Related Services Co., Inc. | $ 138,907.90 | 21 | U | Credit Card purchases-Disputed | | | $ 138,907.90 |
| Lightfoot, Claude C. Jr. PC | $ 3,531.80 | 22 | U | Legal Fees | | | $ 3,531.80 |
| Household Bank (SB), N.A. (Saks 5th Avenue account #.....8643) | $ 37,129.68 | 23 | U | Credit Card Charges | | | $ 37,129.68 |
| Household Bank (SB), N.A. (Saks 5th Avenue account #.....9269) | $ 32,255.76 | 24 | U | Credit Card Charges | | | $ 32,255.76 |
| Turner, Law Office of Emile L., LLC | $ 1,200.00 | 25 | U | Legal Fees | | | $ 1,200.00 |
| Regions Bank | $ 19,086.59 | 26 | U | Overdrawn DIP checking account | | | |
| Regions Bank | $2,288,792.60 | 6-1 | | filed for $2,288,792.60; amended by 6-2 | | | |
| Regions Bank | $ 417,969.44 | 6-2 | | amended from $2,288,792.60 to $417,969.44 | | | $ 417,969.44 |
| Roundup Funding, LLC (acquired from Entergy New Orleans, Inc.) | $ 4,491.40 | 28 | U | Acquired from Entergy New Orleans, Inc. see #20 | | | $ 4,491.40 |
| Regions Bank | $ 16,086.59 | 29 | U | Duplicate of #26 above | | | $ 16,086.59 |
| Worldwide Asset Purchasing II, LLC | $ 11,372.70 | 30 | U | Duplicate - Acquired from MBNA | | | $ 11,372.70 |
| Phoenix Medical Supply, Inc. | $ 70,000.00 | 31 | U | Duplicate of POC #3 | | | $ 70,000.00 |
| Nicaud, Sunseri & Fradella, LLC | $ 4,650.00 | 32 | U | Filed Late | | | $ 4,650.00 |
| | $4,087,575.40 | | | | $ - | $ 104,582.97 | $1,369,681.51 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 06-11338
Case Name: GEORGE H. MASSEY & SHARRON BEACH
Trustee Name: R. PATRICK SHARP, III

**Balance on hand:**      $43,735.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| | | | | | |

Total to be paid to secured creditors:    $0.00

Remaining balance:    $43,735.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees  R. PATRICK SHARP, III | $27,170.40 | $2,440.00 | $24,730.40 |
| Trustee, Expenses  R. PATRICK SHARP, III | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee, Fees  Gordon, Arata et al | $386,236.75 | $386,236.75 | $0.00 |
| Attorney for Trustee, Expenses  Gordon, Arata et al | $6,238.68 | $6,238.68 | $0.00 |
| Accountant for Trustee, Fees | | | |
| Accountant for Trustee, Expenses | | | |
| Auctioneer, Fees | $34,323.13 | $34,323.13 | $0.00 |
| Auctioneer, Expenses | | | |
| Charges,  U.S. Bankruptcy Court | | | |
| Fees, United States Trustee | $2,323.98 | $2,323.98 | $0.00 |
| Other | | | |

Total to be paid for chapter 7 administrative expenses :    $24,730.40

Remaining balance:    $19,005.55

UST Form 101-7-TFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for* , *Fees* | | | |
| *Attorney for* , *Expenses* | | | |
| *Accountant for* , *Fees* | | | |
| *Accountant for* , *Expenses* | | | |
| *Other* | | | |

Total to be paid for prior chapter administrative expenses: $0.00

Remaining balance: $19,005.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $104,582.97 _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Louisiana Department of Revenue | $10,807.62 | $0.00 | $2,495.43 |
| 8 | Louisiana Department of Revenue | $14,672.40 | $0.00 | $3,388.69 |
| 17 | Internal Revenue Service | $56,812.86 | $0.00 | $13,121.43 |

Total to be paid for priority claims: $19,005.55

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $1,369,681.51 _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ 0 _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA | $316,110.28 | $0.00 | $0.00 |
| 2 | Discover Bank/Discover Financial Services | $7,765.71 | $0.00 | $0.00 |
| 3 | Phoenix Medical Supply, Inc. | $70,934.26 | $0.00 | $0.00 |
| 4 | Medline Industries, Inc. | $7,956.44 | $0.00 | $0.00 |
| 5 | Roundup Funding, LLC | $25,421.12 | $0.00 | $0.00 |
| 6 | Regions Bank | $417,969.44 | $0.00 | $0.00 |
| 9 | Amerisourcebergen Drug Corp. | $101,967.36 | $0.00 | $0.00 |
| 10 | Healthcare Consultants Pharmacy Staffing | $34,945.63 | $0.00 | $0.00 |
| 14 | Bank of America | $26,629.06 | $0.00 | $0.00 |
| 15 | Bank of America | $2,018.57 | $0.00 | $0.00 |
| 18 | American Express Travel Related Services Co., LLC | $16,214.53 | $0.00 | $0.00 |
| 19 | Capital One, N. A. | $22,123.28 | $0.00 | $0.00 |
| 21 | American Express Travel Related Services Co., LLC | $138,907.90 | $0.00 | $0.00 |
| 22 | Lightfoot, Claude C., Jr., APLC | $3,531.80 | $0.00 | $0.00 |
| 23 | Household Bank (SB), N.A. | $37,129.68 | $0.00 | $0.00 |
| 24 | Household Bank (SB), N.A. | $32,255.76 | $0.00 | $0.00 |
| 25 | Turner, Law Office of Emile L., LLC | $1,200.00 | $0.00 | $0.00 |
| 28 | Roundup Funding, LLC | $4,491.40 | $0.00 | $0.00 |
| 29 | Regions Bank | $16,086.59 | $0.00 | $0.00 |
| 30 | Worldwide Asset Purchasing II, LLC | $11,372.70 | $0.00 | $0.00 |
| 31 | Phoenix Medical Supply, Inc. (Duplicate) | $70,000.00 | $0.00 | $0.00 |
| 32 | Nicaud, Sunseri & Fradelle, LLC (Filed Late) | $4,650.00 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: _____ $0.00

Remaining balance: _____ $0.00

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | | | $0.00 |
| Remaining balance: | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $22,290.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Louisiana Department of Revenue | $4,131.32 | $0.00 | $0.00 |
| 8 | Louisiana Department of Revenue | $5,375.68 | $0.00 | $0.00 |
| 17 | Internal Revenue Service | $12,783.09 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | | | $0.00 |
| Remaining balance: | | | $0.00 |

UST Form 101-7-TFR (10/1/2010)

# George H., Jr. & Sharron Beach Massey
## Louisiana Eastern District
## Case #06-11338
## Calculation of Trustee Commission

| | | | | | |
|---|---|---|---|---|---|
| **Total Funds Recovered** | | $ 493,050.08 | | | |
| Less: Non-Compensable Funds Recovered | | | | | |
| Amounts Recovered relative to Exempt items | | $ (5,000.00) | | | |
| Amounts paid to Debtor | | $ (722.01) | | | |
| Amounts paid to Debtor | | $ (2,875.00) | | | |
| Non-Estate Funds paid to 3rd Parties | | $ (1,745.00) | | | |
| Non-Estate Funds paid to 3rd Parties | | $ (4,300.00) | | | |
| | | | | | |
| **Net Compensable Funds Recovered** | | **$ 478,408.07** | | | |

| $ | - | $ 5,000.00 | 25.00% | $ 5,000.00 | $ 1,250.00 |
|---|---|---|---|---|---|
| $ | 5,001.00 | $ 50,000.00 | 10.00% | $ 45,000.00 | $ 4,500.00 |
| $ | 50,001.00 | $ 1,000,000.00 | 5.00% | $ 428,408.07 | $ 21,420.40 |
| $ | 1,000,001.00 | | 3.00% | $ - | $ - |
| | | | | $ 478,408.07 | |

| | |
|---|---|
| **Trustee Commission** | **$ 27,170.40** |
| Less: Previously Paid | $ (2,440.00) |
| **Total Compensation Requested** | **$ 24,730.40** |
| | |
| **Trustee Expenses** | **NONE** |

The undersigned trustee certifies under penalties of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purpose of distribution to claims, administrative expenses and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $23,746.35 as compensation and $ 0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person person for the sharing compensation received or to be received.

Dated: _____   Signed: _____

R. Patrick Sharp, III
401 Whitney Avenue   Suite 100
Gretna, Louisiana   70056